**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

TOMMY CECIL STINSON,

    Plaintiff,

v.                                                CASE NO: 8:06-cv-1575-T-26TGW

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

**O R D E R**

Upon due consideration of Plaintiff's attorney's submissions and Defendant's Response, it is ordered and adjudged that Plaintiff's Motion for Award of Attorney's Fees (Dkt. 20) is granted. Defendant shall pay directly to Plaintiff the sum of $1,848.36 as a reasonable attorney's fee.

**DONE AND ORDERED** at Tampa, Florida, on June 10, 2008.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record